

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2016

No. 04-16-00307-CV

**JAMRO LTD**.,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-21267
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

This is an appeal from a final judgment granting a plea to the jurisdiction. Because this appeal is not from an interlocutory order, the appeal is not accelerated. *See* TEX. R. APP. P. 28.1. The clerk's record was filed on May 17, 2016. The reporter's record was filed on May 20, 2016. Therefore, the original due date for appellant's brief was June 20, 2016.

Appellant has filed a motion for extension of time to file its brief, stating that this appeal is accelerated and its brief is due on June 9, 2016. Appellant asks for a thirty-day extension of time to file its brief. Appellant's request for an extension of time to file its brief is GRANTED. Because appellant's original deadline for filing its brief was June 20, 2016, appellant's brief is now due on **July 20, 2016**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court